# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| vs. | : | CRIMINAL NO. 5:24-CR-_____ |
| | : | |
| JADEN MICHAEL-WILLIAM POPE | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(j) |
| | : | 18 U.S.C. § 922(o) |
| | : | 18 U.S.C. § 924(a)(2) |
| | : | 18 U.S.C. § 924(d)(1) |
| | : | 18 U.S.C. § 2252A(a)(5)(B) |
| | : | 18 U.S.C. § 2252A(b)(2) |
| | : | 18 U.S.C. § 2253 |
| | : | 21 U.S.C. § 844(a) |
| | : | 21 U.S.C. § 853 |
| | : | 26 U.S.C. § 5822 |
| | : | 26 U.S.C. § 5841 |
| | : | 26 U.S.C. § 5845 |
| | : | 26 U.S.C. § 5861 |
| | : | 26 U.S.C. § 5871 |
| | : | 26 U.S.C. § 5872 |
| | : | 28 U.S.C. § 2461(c) |
| _____ | : | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## (MANUFACTURE OF AN UNREGISTERED MACHINEGUN)

Beginning at an exact time unknown to the grand jury, but at least from on or about December 22, 2020, and continuing until on or about December 12, 2023, in the Macon Division of the Middle District of Georgia, the Defendant,

**JADEN MICHAEL-WILLIAM POPE,**

knowingly made a firearm, specifically two (2) machineguns:

- A single piece of 3D printed polymer material, black in color (ATF Exhibit 9);

- A single piece of 3D printed polymer material, tan in color (ATF Exhibit 47);

that are, parts designed and intended solely and exclusively, for use in converting a weapon into a machinegun; all in violation of Title 26, United States Code, Sections 5822, 5845(b), 5861(f), and 5871.

## COUNT TWO
## (MANUFACTURE OF AN UNREGISTERED FIREARM SILENCER)

Beginning at an exact time unknown to the grand jury, but at least from on or about December 22, 2020, and continuing until on or about December 12, 2023, in the Macon Division of the Middle District of Georgia, the Defendant,

**JADEN MICHAEL-WILLIAM POPE,**

knowingly made a firearm, specifically nine (9) silencers:

- A 3D printed cylindrical device, black in color (ATF Exhibit 19);
- A 3D printed cylindrical device, tan in color (ATF Exhibit 26);
- A 3D printed cylindrical device, black in color (ATF Exhibit 32);
- A 3D printed cylindrical device, black in color (ATF Exhibit 33);
- A 3D printed cylindrical device, white in color (ATF Exhibit 34);
- A 3D printed cylindrical device, black in color (ATF Exhibit 41);
- A 3D printed cylindrical device, black in color (ATF Exhibit 42);
- A 3D printed cylindrical device, black in color (ATF Exhibit 44);
- A 3D printed cylindrical device, black in color (ATF Exhibit 53);

that are, devices for silencing, muffling, or diminishing the report of a portable firearm; all in violation of Title 26, United States Code, Sections 5822, 5845(a), 5861(f), and 5871.

## COUNT THREE
### (MANUFACTURE OF AN UNREGISTERED SHORT-BARREL RIFLE)

Beginning at an exact time unknown to the grand jury, but at least from on or about December 22, 2020, and continuing until on or about December 12, 2023, in the Macon Division of the Middle District of Georgia, the Defendant,

### JADEN MICHAEL-WILLIAM POPE,

knowingly made a firearm, specifically one (1) short-barreled rifle, that is, a rifle having a barrel of less than 16 inches in length; all in violation of Title 26, United States Code, Sections 5822, 5845(a), 5861(f), and 5871.

## COUNT FOUR
### (ILLEGAL POSSESSION OF A MACHINEGUN)

On or about December 12, 2023, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### JADEN MICHAEL-WILLIAM POPE,

did knowingly possess two (2) machineguns:

- A single piece of 3D printed polymer material, black in color (ATF Exhibit 9);
- A single piece of 3D printed polymer material, tan in color (ATF Exhibit 47);

as defined in Title 18, United States Code, Section 921(a)(24), that are, parts designed and intended solely and exclusively, for use in converting a weapon into a machinegun; all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FIVE
### (POSSESSION OF AN UNREGISTERED SILENCER)

On or about December 12, 2023, in the Macon Division of the Middle District of Georgia, the Defendant,

**JADEN MICHAEL-WILLIAM POPE,**

knowingly received and possessed a firearm, specifically nine (9) silencers:

- A 3D printed cylindrical device, black in color (ATF Exhibit 19);
- A 3D printed cylindrical device, tan in color (ATF Exhibit 26);
- A 3D printed cylindrical device, black in color (ATF Exhibit 32);
- A 3D printed cylindrical device, black in color (ATF Exhibit 33);
- A 3D printed cylindrical device, white in color (ATF Exhibit 34);
- A 3D printed cylindrical device, black in color (ATF Exhibit 41);
- A 3D printed cylindrical device, black in color (ATF Exhibit 42);
- A 3D printed cylindrical device, black in color (ATF Exhibit 44);
- A 3D printed cylindrical device, black in color (ATF Exhibit 53);

as defined in Title 18, United States Code, Section 921(a)(25), not registered to him in the National Firearms Registration and Transfer Record; all in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT SIX
### (POSSESSION OF AN UNREGISTERED SHORT-BARRELED RIFLE)

On or about December 12, 2023, in the Macon Division of the Middle District of Georgia, the Defendant,

**JADEN MICHAEL-WILLIAM POPE,**

knowingly received and possessed a firearm, specifically one (1) short-barrel rifle as defined in Title 18, United States Code, Section 921(a)(8), not registered to him in the National Firearms

Registration and Transfer Record; all in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT SEVEN
### (POSSESSION OF A STOLEN FIREARM)

From on or about March 8, 2023, until on or about December 12, 2023, in the Macon Division of the Middle District of Georgia, the Defendant,

**JADEN MICHAEL-WILLIAM POPE,**

knowingly possessed a stolen firearm, that is, one (1) Taurus, PT145 Pro, .45 caliber, pistol, Serial Number: NCV01477, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen; all in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT EIGHT
### (POSSESSION OF CHILD PORNOGRAPHY)

On or about December 12, 2023, in the Macon Division of the Middle District of Georgia, the Defendant,

**JADEN MICHAEL-WILLIAM POPE,**

did knowingly possess material, to wit: an **HP 690-0067c desktop computer (S/N: 8CG8262LX7)** containing an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a minor, which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by a computer; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT NINE
### (POSSESSION OF METHAMPHETAMINE)

On or about December 12, 2023, in the Macon Division of the Middle District of Georgia, the Defendant,

**JADEN MICHAEL-WILLIAM POPE,**

knowingly and intentionally possessed methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE NOTICE
### (18 U.S.C. § 924(d)(1), 18 U.S.C. § 2253, 21 U.S.C. § 853, 26 U.S.C. § 5872, and 28 U.S.C. § 2461 - Criminal Forfeiture)

1. The allegations contained in Counts One through Nine of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1); Title 18, United States Code, Section 2253; Title 21, United States Code, Section 853; and/or Title 18, United States Code, Section 5872, in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 26, United States Code, Sections 5822, 5845(b), 5861(f), and 5871 set forth in Count One; Title 26, United States Code, Sections 5822, 5845(a), 5861(f), and 5871 set forth in Counts Two and Three; Title 26, United States Code, Sections 5841, 5861(d), and 5871 set forth in Counts Five and/or Six of this Indictment, the defendant, **JADEN MICHAEL-WILLIAM POPE**, shall forfeit to the United States of America pursuant to Title 26, United States Code, Section 5872, in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s).

3.   Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2) set forth in Count Four; and/or Title 18, United States Code, Sections 922(j) and 924(a)(2) set forth in Count Seven of the Indictment, the defendant, **JADEN MICHAEL-WILLIAM POPE**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

4.   Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2) set forth in Count Eight of this Indictment, the defendant, **JADEN MICHAEL-WILLIAM POPE**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2253:

(a)   Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 . . . or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(b)   Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(c)   Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s), or any property traceable to such property.

The foregoing property subject to forfeiture includes but is not limited to the following: one (1) HP 690-0067c desktop computer, Serial Number: 8CG8262LX7, containing a Western Digital internal hard drive, attached to a Tableau TX-1 Duplicator (SATA).

5.   Upon conviction of the offense(s) in violation of Title 21, United States Code,

7

Section 844(a) set forth in Count Nine of this Indictment, the defendant, **JADEN MICHAEL-WILLIAM POPE**, shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of such offense(s), and any property, real or personal, used, or intended to be used in any manner or part to commit, or to facilitate the commission of, the offense(s).

6. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon exercise of due diligence;

    (b) has been transferred, sold to or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and Title 28 United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1) and Title 26, United States Code, Section 5872.

All pursuant to 18 U.S.C. §§ 924(d)(1) and 2253, 21 U.S.C. 853, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented By:

_____
WILLIAM R. KEYES
ASSISTANT UNITED STATES ATTORNEY


Filed in open court this 8th day of Oct, AD 2024.

_____
Deputy Clerk